**Dismissed and Opinion Filed December 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00857-CV

**VILIA RIOS, Appellant**
**V.**
**MO & ASSOCIATE LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-03194-E**

## MEMORANDUM OPINION
Before Justices Bridges, Evans, and Schenck
Opinion by Justice Bridges

This appeal concerns forcible detainer of premises. By order dated October 5, 2016, we notified appellant the appeal would be submitted without the reporter's record and we ordered her to file her brief no later than November 4, 2016. When appellant had not filed her brief by November 7, 2016, we sent written notice to appellant that the brief must be filed within ten days. We cautioned appellant that failure to file the brief by the specified time would result in dismissal of the appeal without further notice. To date, appellant has not filed the brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

160859F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VILIA RIOS, Appellant

No. 05-16-00857-CV V.

MO & ASSOCIATE LLC, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-16-03194-E.
Opinion delivered by Justice Bridges.
Justices Evans and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered December 14, 2016.